No. 1775. Cidra School Board, Appellant, v. Miller, Commissioner of Education, Respondent. — Mandamus. San Juan, Section 2. April 22, 1918. *Dismissed.*

No. 1784. Brown, Appellee, v. Sierra, Appellant.—Debt. San Juan, Section 2. April 29, 1918. *Dismissed.*

No. 1792. Pérez et al., Appellants, v. Succession of Pérez Gutiérrez et al., Appellees.—Inheritance. San Juan, Section 1. April 30, 1918. *Affirmed.*

No. 1232. People, Appellee, v. Carrión, Appellant.—Offense against public health. Arecibo. May 2, 1918. *Affirmed.*

No. 226. Martínez, Petitioner, v. Rossy, District Judge, Respondent.—Certiorari. San Juan, Section 2. May 10, 1918. *Petition denied.*

No. 1859. Vicente, Appellee, v. Alicea, Appellant.—Unlawful detainer. Guayama. May 2, 1918. *Dismissed.*

No. 227. Martínez, Petitioner, v. Crosas, District Judge, Respondent.—Certiorari. Aguadilla. May 21, 1918. *Petition denied.*

No. 1248. People, Appellee, v. Hernández, Appellant.—Adulteration of milk. Humacao. May 23, 1918. *Affirmed.*